UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>**LINDSAY LAMPASONA, LLC,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 11-19747-JNF** |

## NOTICE OF (A) SALE OF ASSETS, (B) DEADLINE FOR FILING OBJECTIONS, (C) DEADLINE FOR FILING COUNTEROFFERS, AND (D) HEARING DATE

**TO CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** Lindsay Lampasona, LLC (the "Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11 case, has filed the following motions:

- *Debtor's Motion (A) to Authorize Debtor to Effectuate Purchase and Sale Agreement With Rykor Concrete & Civil Inc.; (B) to Authorize Sale of Assets By Private Sale Free and Clear of Liens, Claims and Interests; (C) to Authorize the Assumption and Assignment of Executory Contracts, and (D) For Related Relief* (the "Sale Motion") [docket no. 17]; and

- *Motion to Amend Debtor's Motion (A) to Authorize Debtor to Effectuate Purchase and Sale Agreement With Rykor Concrete & Civil Inc.; (B) to Authorize Sale of Assets By Private Sale Free and Clear of Liens, Claims and Interests; (C) to Authorize the Assumption and Assignment of Executory Contracts, and (D) For Related Relief* (the "Motion to Amend") [docket no. 83]

pursuant to which the Debtor seeks Court authority to sell its tangible assets (the "Assets"), as more fully described in the Sale Motion and the asset purchase agreement (the "APA") attached to the Sale Motion, to Rykor Concrete & Civil, Inc. ("Rykor") for a purchase price of $448,000 (the "Sale").

**PLEASE TAKE FURTHER NOTICE THAT**, on November 28, 2011, the United States Bankruptcy Court for the District of Massachusetts (the "Court") entered an Order Establishing Bid Procedures (the "Bid Procedures Order") [docket no. 102] which, among other things, established procedures for bidding and proposing counteroffers for the Sale. **Any party intending to make counteroffers or bid on the Assets must comply with the Bid Procedures Order.**

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Section 363 of the Bankruptcy Code, the Assets will be sold free and clear of all liens, claims, interests and encumbrances, including without limitation all consensual liens and security interests and all liens or claims arising by operation of law. Any and all such liens, claims, encumbrances and interests shall attach to the proceeds of the Sale to the same extent and priority as existed prior to the filing of the Debtor's bankruptcy case. Nothing in this notice constitutes a waiver of the Debtor's right to review and challenge the extent, priority or validity of any lien, claim, encumbrance or interest.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Sale Motion will be held on **December 29, 2011 at 11:45 a.m. (EST)** (the "Sale Hearing") before the Honorable Joan N. Feeney, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Massachusetts (Eastern Division), John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts, 02109-3949. The Debtor will seek approval of the Sale Motion, as amended by the Motion to Amend, at the Sale Hearing.

**ANY COUNTEROFFER OR ANY OBJECTION** to the Sale Motion must be made in writing and filed with the Clerk of the Court, via the Bankruptcy Court's CM/ECF System (for registered users) or by mail by **December 27, 2011 at 4:30 p.m. (EST)** (the "Objection Deadline") and served so that the counteroffer or objection is **received on or before the Objection Deadline** by (i) Debtor's counsel, Murphy & King, Professional Corporation, One Beacon Street, Boston, MA 02108, Attn: D. Ethan Jeffery, Esq.; (ii) the Office of the United States Trustee, John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts, 02109-3949; (iii) counsel for Rykor, Choate, Hall & Stewart, LLP, Two International Place, Boston, MA, 02110, Attn: Paul Popeo, Esq.; and (iv) counsel for the Bank of Canton, Riemer & Braunstein LLP, Three Center Plaza, Boston, MA 02108, Attn: Jeffrey D. Ganz, Esq. (collectively, the "Notice Parties"). Any party filing an objection to the Sale Motion is required to appear at the Sale Hearing and absent such appearance, such objection may be overruled and deemed moot. Any objection to the Sale Motion shall be governed by Federal Rule of Bankruptcy Procedure 9014.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE TO YOU OR OPPORTUNITY TO OBJECT.**

**COPIES OF THE SALE MOTION, THE RELATED EXHIBITS, AND THE BID PROCEDURES ORDER ARE AVAILABLE BY ELECTRONIC MAIL AND/OR BY REGULAR MAIL UPON REQUEST FROM THE UNDERSIGNED, FREE OF CHARGE.**

[this space intentionally left blank]

**NOTICE TO ALL PARTIES SERVED:**

**Your rights may be affected.** You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Any request for a continuance **MUST** be made by **WRITTEN MOTION**. *See* MLBR 5071-1.

        Respectfully Submitted,
        Lindsay Lampasona, LLC

        By its counsel,


        /s/ *D. Ethan Jeffery*
        D. Ethan Jeffery (BBO #631941)
        MURPHY & KING, P.C.
        One Beacon Street
        Boston, MA  02108-3107
        Tel: (617) 423-0400
        Fax: (617) 556-8985
        dej@murphyking.com

Dated: November 28, 2011

612471/612859

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| In re:<br><br>**LINDSAY LAMPASONA, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 11-19747-JNF |

## **CERTIFICATE OF SERVICE**

I, D. Ethan Jeffery, hereby certify that I have this day caused a copy of the following document to be served via this Court's CM/ECF System, by electronic mail and/or by First Class Mail, postage prepaid as indicated to the attached service list:

- *Notice of (A) Sale of Assets, (B) Deadline for Filing Objections, (C) Deadline for Filing Counteroffers, and (D) Hearing Date.*

> /s/ D. Ethan Jeffery
> D. Ethan Jeffery (BBO #631941)
> Murphy & King, Professional Corporation
> One Beacon Street, 21st Floor
> Boston, MA  02108
> (617) 423-0400
> Email:  dej@murphyking.com

DATED:  November 29, 2011
612864

In re Lindsay Lampasona, LLC
   Chapter 11, Case No. 11-19747-JNF

   LONG SERVICE LIST
   610631 / 5985-1


   **By ECF:**


- Christopher M. Candon    ccandon@riemerlaw.com, ahall@riemerlaw.com
- Jennifer V. Doran    jdoran@haslaw.com, calirm@haslaw.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Mark Foss    mfoss@ftwlaw.com, ftwbankruptcy@ftwlaw.com
- Jeffrey D. Ganz    JGanz@riemerlaw.com
- James B Heffernan    jheffernan@baconwilson.com, bankruptcy@bacon-wilson.com
- Donald Ethan Jeffery    dej@murphyking.com, pas@murphyking.com
- David M. McGlone    dmcglone@eckertseamans.com, vrobertson@preti.com
- William R. Moorman    moorman@craigmacauley.com
- William R. Moriarty    wmoriarty@sassooncymrot.com
- Paul F. O'Donnell    podonnell@haslaw.com, kabarrett@haslaw.com
- Alexander G. Rheaume    arheaume@riemerlaw.com
- Stephan M. Rodolakis    srodolakis@ftwlaw.com, mfoss@ftwlaw.com;ftwbankruptcy@ftwlaw.com
- Natalie B. Sawyer    nbs@murphyking.com, icm@murphyking.com



   BY EMAIL:

   Walter McDonough, Esq.
   ELK Consulting
   75 2nd Street
   Needham MA  02494                    Email: wally@elkconsultingservices.com


   John P. Connolly, Esq.
   Hinckley, Allen & Snyder
   28 State Street
   Boston MA  02109                     Email: jconnelly@haslaw.com

By First-Class Mail:

| | |
|---|---|
| Aggregate Industries Northeast Region, Inc.<br>1715 Broadway<br>Saugus, MA 01906 | The Bank of Canton<br>490 Turnpike Street<br>Canton, MA 02021 |
| Chicopee Concrete Service, Inc.<br>C/o James Heffernan, Esq.<br>Bacon Wilson P.C.<br>33 State Street<br>Springfield, MA 01103 | J. Derenzo Co.<br>338 Howard Street<br>Brockton, MA 02302 |
| Lindsay Lampasona, LLC<br>6 Shire Drive<br>Norfolk, MA 02056 | Sterling Concrete, Corp<br>194 Worcester Road<br>PO Box 1398<br>Sterling, MA 01564 |
| Whaling City Iron Co.<br>13 Logan Street<br>New Bedford, MA 02740 | 3D Concrete, Inc<br>103 SE 15th Avenue PO Box 308<br>Aledo, IL 61231 |
| AIG/Chartis<br>22427 Network Place<br>Chicago, IL 60673 | AT&T<br>PO Box 8110<br>Aurora, IL 60507 |
| ATS Equipment Inc<br>33 Locust Street<br>Boston, MA 02125 | Abitibi Consolidated Corp<br>3220 Paysphere Circle<br>Chicago, IL 60674 |
| Accarpio All Floors<br>25 Washington Avenue<br>Berlin, CT 06037 | Aggregate Industries Northeast Region<br>PO Box 347317<br>Pittsburgh, PA 15251 |

Airgas East
Lakeport Industrial Park
Lakeville, MA 02347

Allegra Print & Imaging
317 Union Street
Franklin, MA 02038

Allied Auto Parts
PO Box 1040
Brockton, MA 02303

Allied Waste Services
PO Box 9001099
Louisville, KY 40290

Ally Financial
P.O. Box 130424
Roseville, MN 55113

American Express
PO Box 2855
New York, NY 10016

Anthony Lampasona
6 Shire Drive
Norfolk, MA 02056

B.L. Makepeace, Inc
125 Guest Street
Brighton, MA 02135

Badd Bros., Inc
20 Industrial Road
Wrentham, MA 02093

Baldwin Crane & Equipment Corporation
232 Andover Street
Wilmington, MA 01887

Bank of America
PO Box 15710
Wilmington, DE 19886

Bank of America - Margaret
PO Box 15019
Wilmington, DE 19886

Bank of Canton
490 Turnpike Street
Canton, MA 02021

Barker Steel LLC
PO Box 845475
Boston, MA 02284

Bell Building Sciences Group LLC
P.O. Box 14304
Atlanta, GA 30324

Benevento Concrete Corp
PO Box 459
Wilmington, MA 01887

Borggaard Construction Corp
P.O. Box 473
North Grafton, MA 01536

Bunce Industries, LLC
PO Box 720
Stow, MA 01775

Burrell's Excavating Inc
6146 County Rd 32
Norwich, NY 13815

CEI Boston LLC
15 Shire Drive
Norfolk, MA 02056

CNA
PO Box 382033
Pittsburgh, PA 15250

Campanelli Associates Construction Corp.
One Campanelli Drive
Braintree, MA 02185

Carmen M. Ortiz, U.S. Attorney
U.S. Court House, Suite 9200
One Court House Way
Boston, MA 02210

Carquest
507 East Central St, Unit B
Franklin, MA 02038

Central Contracting LLC
797 Wall St. P.O. Box 7
West Winfield, NY 13491

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Chicopee Concrete Service, Inc
652 Prospect Street
Chicopee, MA 01020

Chris' Service Center Inc
1675 Main Street PO Box 510
Walpole, MA 02081

Cintas Corporation
#756 300 Highland Corp Drive
Cumberland, RI 02864

Cleveland Construction Inc.
8620 Tyler Blvd.
Mentor, OH 44060

Colony Hardware Supply Co
15 Stiles Street
New Haven, CT 06512

Columbia Gas of Massachusetts
P.O. Box 742514
Cincinnati, OH 45274

Comcast
PO Box 1577
Newark, NJ 17101

Commonwealth of Massachusetts
Division of Employment & Training
Attention: Chief Counsel
Hurley Building - Government Center
Boston, MA 02114

Concord Oil Co., Inc
147 Lowell Road P.O. Box 368
Concord, MA 01742

Consolidated Concrete Corp
835 Taunton Avenue
East Providence, RI 02914

Contractors Supply, Inc
3340 Pawtucket Avenue PO Box 15086
East Providence, RI 02915

Cook Builders' Supply Company
210 Agawam Avenue P.O. Box 366
West Springfield, MA 01090

Cossitt Concrete Products, Inc
P.O. Box 56, Middleport Rd
Hamilton, NY 13346

Cutting Edge Concrete Equipment Inc
6 Shire Drive PO Box 700
Norfolk, MA 02056

D&M Concrete Floor Company, Inc
2 Lark Street
Fall River, MA 02721

Dennis K Burke, Inc
284 Eastern Avenue
Chelsea, MA 02150

Devin T. Hartnell
41 Brandywine Road
Franklin, MA 02038

Diamond Speed Products, Inc
3344 Schierhorn Ct.
Franklin Park, IL 60131

Durajoint Concrete Accessories
PO Box 76761
Cleveland, OH 44101

EMJ Corp.
800 South Street
Suite 370
Waltham, MA 02453

Eastern Concrete Cutting Corp
37-31 29th Street
Long Island City, NY 11101

Eastern High Reach Company, Inc
331 Maple Avenue #2
Horsham, PA 19044

Eastern States Insurance Agency, Inc
50 Prospect Street
Waltham, MA 02453

Equipment Maintenance & Repair
771 Rodman Street Unit A
Fall River, MA 02721

Exxon Mobil
PO Box 688938
Des Moines, IA 50368

Fastenal Company
PO Box 0769
Winona, MN 55987

Fleetserve, Inc
282 Dedham Street
Norfolk, MA 02056

Ford Credit
PO Box 94380
Palatine, IL 60094

Franklin Ford Sales
175 E. Central Street Route 140
Franklin, MA 02038

Franklin Tire & Auto
278 Pleasant Street PO Box 273
Franklin, MA 02038

Future Bearings, Inc
90 Mendon Street
Bellingham, MA 02019

G.H. Berlin Oil Company
42 Rumsey Road
East Hartford, CT 06108

GMAC-Ally Payment Processing Center
PO Box 380901
Bloomington, MN 55438

Gamka Sales Company, Inc
983 New Durham Road
Edison, NJ 08817

Great America Leasing Corporation
625 First Street SE
Cedar Rapids, IA 52401

Greenscape Inc.
100 Revolutionary Drive
East Taunton, MA 02718

Hampton Inn Long Island/Brookhaven
2000 North Ocean Avenue
Farmingville, NY 11738

Harbor One Credit Union
PO Box 730
Brockton, MA 02303

Hilti Inc
PO Box 382002
Pittsburgh, PA 15250

Home Depot Credit Services
PO Box 6029
The Lakes, MA 88901

Home for Little Wanderers
161 South Huntington Avenue
Jamaica Plain, MA 02130

Howard Johnson
75 North Broad Street
Norwich, NY 13815

Industrial Caulk & Seal, Inc
302 Broad Street
Delta, PA 17314

Internal Revenue Service
James Spinale, MS 20800
JFK Federal Building
PO Box 9112
Boston, MA 02203

J. Derenzo company
338 Howard Street
Brockton, MA 02302

J.G. Maclellan Concrete Co., Inc
180 Phoenix Ave
Lowell, MA 01852

J.W. Lindsay Enterprises Ltd.
22 Fielding Avenue
Dartmouth NS B3B1E2

JC Concrete Inc
73 Jamaica Avenue
Holtville, NY 11742

Jack Young Company, Inc
334-362 Cambridge Street
Allston, MA 02134

LRGHealthcare Lakes Region General Hospi
80 Highland Street
Laconia, NH 03246

LaFazia Concrete Placement
400 Putnam Pike PMB 215
Smithfield, RI 02917

Leaf Financial
PO Box 644006
Cincinnati, OH 45264

Likarr Maintenance Systems
6 Perry Drive
Foxboro, MA 02035

Lindsay Construction Services Ltd.
22 Fielding Avenue
Dartmouth NS B3B1E2

MAS Building & Bridge Inc.
PO Box 49
Franklin, MA 02038

MAS Building & Bridge, Inc
PO Box 49
Franklin, MA 02038

Marlin Leasing Corporation
520 Walnut Street
Suite 1150
Philadelphia, PA 19106

Mary F. Lampasona
393 Union Street
Franklin, MA 02038

Mass Maritime Academy
Attn: Purchasing Dept. 101 Academy Drive
Buzzards Bay, MA 02532

McQuade & Bannigan Inc
P.O. Box 476
Utica, NY 13503

Medway Lumber
1400 Main Street Route 109
Millis, MA 02054

Metrolift Propane
600 Somerset Avenue
Taunton, MA 02780

Milford 495 Rental Center
189 Medway Road Route 109
Milford, MA 01757

Milspec Industries
5825 S. Greenwood Avenue
Los Angeles, CA 90040

Mini Warehousing, Inc
241 Francis Avenue
Mansfield, MA 02048

Mobile Mini, Inc
PO Box 79149
Phoenix, AZ 85062

Modulease Corporation
PO Box 932
Attleboro, MA 02761

Morse Ready Mix, LLC
PO Box 2189
Plainville, MA 02762

NSTAR
PO Box 660369
Dallas TX 75266-0369

New England Laser & Transit Company
8 Reeds Mill Road
Newport, NH 03773

New England Real Estate Journal
PO Box 55
Accord, MA 02018

Nolla, Palou & Casellas, LLC
PO Box 195287
San Juan, PR 00919

Norfolk Credit Union
PO Box 306
Norfolk, MA 02056

Office of the Attorney General
Commonwealth of Massachusetts
Consumer Protection Division
One Ashburton Place
Boston, MA 02108

Office of the US Trustee
5 Post Office Square
Suite 1000
Boston, MA 02109

One Stop Auto, Inc
511 East Central Street
Franklin, MA 02038

Orlando's Garage
228 Dedham Street
Norfolk, MA 02056

Our Rental Corp
165 Sherwood Avenue
Framingdale, NY 11735

P.A. Landers, Inc
P.O. Box 217 351 Winter Street
Hanover, MA 02339

Pacella Excavating
42 Pine Acres Road
Foxboro, MA 02035

Patrick Lampasona
6 Shire Drive
Norfolk, MA 02056

Perry Supply
1900 Corporate Park Drive
Pembroke, MA 02359

Phillip A Rand Co., Inc
139 California Street
Newton, MA 02458

Phonewire Communications
PO Box 685
Bellingham, MA 02019

Pinard Waste Systems,Inc
P.O. Box 5048
Manchester, NH 03108

Pro Equipment Rental
122 Calvary Street PO Box 541586
Waltham, MA 02454

Pro Tool & Supply
126 Calvary Street PO Box 541846
Waltham, MA 02454

Pure Energy Solutions
PO Box 228
Franklin, MA 02038

R.G. Mearn Co., Inc
157 Hampden Street
Boston, MA 02119

Rebars & Mesh
111 Avco Road
Haverhill, MA 01835

Reeds Ferry Lumber Corp
544 Daniel Webster Highway
Merrimack, NH 03054

Residence Inn Marriott
83 Glimcher Realty Way
Elizabeth, NJ 07201

Rivinius & Sons, Inc
225 Salem Street
Woburn, MA 01801

Route 1 Tire
PO Box 1068
Attleboro, MA 02761

Safeguard Business Systems
110 Jefferson Blvd Suite G
Warwick, RI 02888

Securities & Exchange Commission
450 Fifth Street, NW
Washington, DC 20549

Securities and Exchange Commission
Boston District Office
33 Arch Street
23rd Floor
Boston, MA 02110

Sprint
PO Box 4181
Carol Stream, IL 60197

Stadium Gulf
22 Washington Street
Foxboro, MA 02035

Staples Business Advantage
PO Box 415256
Boston, MA 02241

Sterling Concrete Corp
194 Worcester Road P.O. Box 1398
Sterling, MA 01564

Sunbelt Rentals
1275 West Mound Street
Columbus, OH 43223

Superior Products
P.O. Box 57
Milldale, CT 06467

Susquehanna Commercial Finance, Inc.
2 Country View Drive
Suite 300
Malvern, PA 19355

Taylor Rental
262 Dedham Street
Norfolk, MA 02056

Tiedemann Law Firm
92 State Street, Suite 700
Boston, MA 02109

Tinio Corporation
PO Box 281
Mendon, MA 01756

Town of Norfolk
One Liberty Lane
Norfolk, MA 02056

Town of West Hartford
Room 109 50 South Main Street
West Hartford, CT 06107

Tresca Brothers
PO Box 189
Millis, MA 02054

Triboro Crane & Rigging Services L.L.C.
P.O. Box 1072 290 Shrewsbury Street
Boylston, MA 01505

Trust FTB of Mairi Tumavicus c/o Berkshi
31 Court Street
Westfield, MA 01085

UPS
7120 Amigo St
Las Vegas, NV 89119

United Rentals, Inc
PO Box 100711
Atlanta, GA 30384

Universal Fleet Card
PO Box 924108
Norcross, GA 30010

Vendetti Motors, Inc.
411 West Central Street
Franklin, MA 02038

Verizon
PO Box 1
Worcester, MA 01654

Vindome LLC
6 Shire Drive
Norfolk, MA 02056

WB Mason Co., Inc
PO Box 55840
Boston, MA 02205

Wells Fargo Businessline
PO Box 6426
Carol Stream, IL 60197

Whaling City Iron Co
13 Logan Street
New Bedford, MA 02740

Williams Scotsman, Inc
PO Box 91975
Chicago, IL 60693

Willis of Massachusetts, Inc
P.O. Box 13743
Newark, NJ 07188

WorldBand Communications, Inc
189 Mail Street
Milford, MA 01757

Eastern States Insurance
Agent for Chartis Insurance
50 Prospect Street
Waltham MA 02453

Argus Management Corporation
Attn: Peter Sullivan
15 Keith Hill Road
Suite 100
Grafton, MA 01519

Commonwealth of Massachusetts
Dept. of Workforce Development
19 Staniford Street
Boston, MA 02114

Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston MA 02110

Internal Revenue Service
Special Procedures Function
STOP 2080, P.O. Box 9112
25 New Sudbury St., JFK Federal Bldg.
Boston MA 02203

Carmen Milagros Ortiz
United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston MA 02210

Securities and Exchange Commission
100 F Street, N.E.
Washington DC 20549

Commonwealth of Massachusetts
Division of Unemployment Assistance
Executive Office of Labor & Workplace Develop.
19 Staniford St., Hurley Bldg.
Boston MA 02114

Commonwealth of Mass/DOR
Bankruptcy Unit, P.O. Box 9564
100 Cambridge Street, 7th floor
Boston MA 02114-9564

Eric H. Holder, Jr.
Attorney General of The United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC 2053-0001

Office of the Attorney General
Commonwealth of MA
Consumer Protection Division
One Ashburton Place, 19th Floor
Boston MA 02108

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Laura Scheck
IAAS
2A West Forrest Avenue
Shrewsbury PA  17361

Craig Perry
Biditup
11426 Ventura Blvd, 2nd Floor
Studio City, CA  91604

RS Rental & Equipment
2900 Country Street
Somerset, MA  02726-3994

Brookside Equipment
60 State Road
Phillipston MA  01331-9309

Bianca M. Christofaro
SJ Corio Company
Auctions Appraisals & Liquidations
22 Dewey Avenue #6
Warwick, RI 02886

Alicia Meyerhoff, Esq.
PPL Group, LLC
3100 Dundee Road
Suite 915
Northbrook, IL  60062

Kathleen Parker
Daily Dac
2 N. LaSalle, Suite 1200
Chicago IL  60602

Schmidt Equipment
Route 20
80 Southbridge Road
North Oxford, MA  01537

Benco Truck Sales
95A Washington Street
Route 1
Foxborough, MA  02035-1370

Case of New England
195 New Boston Street
Woburn MA  01801

Steven Finn
Joseph Finn Company
188 Needham Street
Newton, Massachusetts  02464