UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
**Lindsay Lampasona, LLC**
Debtor

Chapter 7
Case No. 11-19747 JNF

**MOTION TO EXTEND TIME TO RESPOND TO (1) RYKOR CONCRETE & CIVIL, INC.'S REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE, AND (2) MOTION FOR ENTRY OF ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTOR AND THE BANK OF CANTON**
**[Expedited Determination Requested]**

Lynne F. Riley, Chapter 7 Trustee in the above-referenced case, hereby moves to extend the time to respond to (1) Rykor Concrete & Civil, Inc.'s Request for Payment of Administrative Expense [Doc. #208], and (2) Motion for Entry of Order Approving Stipulation By and Between the Debtor and the Bank of Canton [Doc. # 210]. In support of this motion, the Trustee states as follows:

1. The within debtor ("Debtor") filed a Chapter 11 petition on October 14, 2011, which was converted to a case under Chapter 7 on May 21, 2012, and Lynne F. Riley was duly appointed as Trustee of the Debtor's bankruptcy estate.

2. On May 18, 2012, creditor Rykor Concrete and Civil, Inc. ("Rykor"), filed the Request for Payment of Administrative Expenses ("Rykor Admin Request").

3. On May 18, 2012, the Debtor filed a Motion for Entry of Order Approving Stipulation By and Between the Debtor and the Bank of Canton ("Motion to Approve Stipulation," and together with the Rykor Admin Request, the "Motions").

4. The current deadline to file a response to the Motions is June 1, 2012.

5. Since her appointment, the Trustee has been conferring with counsel for Rykor, the

1

Debtor, and counsel for other creditors and interested parties.

6. In order to allow the Trustee to further confer with the interested parties and to evaluate the Motions, the Trustee requests an additional 14 days, through June 15, 2012, to respond to the Motions.

WHEREFORE, the Trustee requests that the court enter an order (1) extending the deadline to respond to the Motions to June 15, 2012, and (2) granting such other and further relief as is equitable and just.

Respectfully submitted,
Lynne F. Riley, Chapter 7 Trustee

/s/ David Koha
Lynne F. Riley (BBO #561965)
David Koha (BBO # 679689)
Riley Law Group LLC
100 Franklin Street
Boston, MA 02110
Email: koha@rileylawgroup.com
Tel: (617) 399-7300

Dated: May 30, 2012

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:
    **Lindsay Lampasona, LLC**
    Debtor

Chapter 7
Case No. 11-19747 JNF

**CERTIFICATE OF SERVICE**

    I, David Koha, hereby certify that on May 30, 2012, I served a copy of the foregoing, electronically through the Court's CM/ECF System, or via first class mail, postage prepaid, to the following:

Paula R.C. Bachtell on behalf of Assistant U.S. Trustee John Fitzgerald
paula.bachtell@usdoj.gov

Christopher M. Candon on behalf of Creditor Bank of Canton, The
ccandon@riemerlaw.com, ahall@riemerlaw.com

Steven E. Cope on behalf of Creditor Carrol Shepard
scope@copelegal.com, copefilings@copelegal.com

Jennifer V. Doran on behalf of Creditor J. Derenzo Co.
jdoran@haslaw.com, calirm@haslaw.com;smcquilkin@haslaw.com;jdiffee@haslaw.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Mark Foss on behalf of Creditor Sterling Concrete, Corp
mfoss@ftwlaw.com, ftwbankruptcy@ftwlaw.com

Jeffrey D. Ganz on behalf of Creditor Bank of Canton, The
JGanz@riemerlaw.com, mshaver@riemerlaw.com

James B Heffernan on behalf of Creditor Chicopee Concrete Service, Inc.
jbheffernan@duanemorris.com, mmmelo@duanemorris.com

Lisa E. Herrington on behalf of Creditor Rykor Concrete & Civil, Inc.
lherrington@choate.com

3

Donald Ethan Jeffery on behalf of Debtor Lindsay Lampasona, LLC
dej@murphyking.com, pas@murphyking.com


Michael B. Katz on behalf of Creditor Chicopee Concrete Service, Inc.
bankruptcy@bacon-wilson.com

David M. McGlone on behalf of Creditor Whaling City Iron Co.
dmcglone@eckertseamans.com, vrobertson@eckertseamans.com

William R. Moorman on behalf of Creditor Greenscape, Inc. and Greenscape Land Design, Inc.
moorman@craigmacauley.com

William R. Moriarty on behalf of Creditor Aggregate Industries Northeast Region, Inc.
wmoriarty@sassooncymrot.com

Paul F. O'Donnell on behalf of Creditor J. Derenzo Co.
podonnell@haslaw.com, kabarrett@haslaw.com

Alexander G. Rheaume on behalf of Creditor Bank of Canton, The
arheaume@riemerlaw.com

Stephan M. Rodolakis on behalf of Creditor Sterling Concrete, Corp
srodolakis@ftwlaw.com, mfoss@ftwlaw.com;ftwbankruptcy@ftwlaw.com

Natalie B. Sawyer on behalf of Debtor Lindsay Lampasona, LLC
nbs@murphyking.com, icm@murphyking.com

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701


                                                                       /s/ David Koha