## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:                                    )
                                          )
                                          )         Chapter 7
LINDSAY LAMPASONA, LLC,                    )        Case No. 11-19747-JNF
                                          )
          Debtor                          )
                                          )

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO PURSUE
## RECOVERY OF CLAIMS TO THE EXTENT OF AVAILABLE INSURANCE

Upon consideration of the Consented to Motion of Callahan, Inc. for Relief From the Automatic Stay to the Extent of Available Insurance, filed on October 9, 2012, after notice and an opportunity for a hearing, good cause having been presented and the Chapter 7 Trustee having consented to the relief provided in this order, the Motion is granted:  It is

## ORDERED

that the automatic stay is hereby permanently modified and lifted to permit Callahan, Inc. to pursue recovery of contractual indemnification and contribution claims against the Debtor to the extent of the Debtor's available insurance proceeds, including but not limited to the authority to file cross-claims against the Debtor in a pending State Court Action entitled *Carroll W. Shepard, Jr. and Shari Shepard v. Lindsay Lampasona, LLC, Callahan, Inc. and Sargent Corp.*, State of Maine, Cumberland Superior Court, Docket Number CV12-194.  Said relief is limited to the extent the Debtor's insurance policies provide coverage for said claims.  Callahan waives any right to receive a distribution from the Bankruptcy Estate on account of these claims (other than from liability insurance proceeds).

10/30/2012

_____
Joan N. Feeney
United States Bankruptcy Judge