

All companies are domestic with the exception of Lindsay Construction Inc and Lindsay Lampasona which are foreign (US). Each of the trust/investment companies at the top of the page own an equal share in JWL Halifax Holdings (16.67%). JWL Halifax Holdings owns 100% of the shares of Lindsay Construction Incorporated. Lindsay Construction Inc. acquired 75% of the shares of Lindsay Lampasona by way of a merger.

Trust/investment companies created in spring/summer 2007. JWL Halifax Holdings incorporated on May 25, 2007. Date of incorporation for Lindsay Construction was June 1, 2007 and for Lindsay Lampasona LLC July 1, 2008.

```
S. Ernest Porter &       Kirby Putnam &          Laurence Smith &       Cory Bell &            Devin Hartnell &      Ben Stokdijk &
Ernest Porter Family     Kirby Putnam Family     Laurence Smith         Bell Family Trust      Hartnell Family       Stokdijk Family
Trust (2007)             Trust (2007)            Family Trust (2007)    (2007)                 Trust (2007)          Trust (2007)
      ↓                        ↓                        ↓                    ↓                       ↓                     ↓
┌─────────────┐          ┌─────────────┐          ┌─────────────┐     ┌─────────────┐        ┌─────────────┐        ┌─────────────┐
│ SEP Holdings│          │Kirby Putnam │          │LJS Holdings │     │ Abercrombie │        │DTH Holdings │        │Stokco Holdings│
│  Limited    │          │Holdings Ltd │          │  Limited    │     │Holdings Ltd │        │  Limited    │        │   Limited   │
└─────────────┘          └─────────────┘          └─────────────┘     └─────────────┘        └─────────────┘        └─────────────┘
```

All six holding companies point to:

**SYG HOLDINGS INCORPORATED**

↓↑

**ECM HOLDINGS LIMITED** → **3165852 NOVA SCOTIA LIMITED**

↓

**J.W. LINDSAY ENTERPRISES LIMITED**
*Also known as Lindsay Roofing Systems and Lindsay Construction*

NOTES:

(1) Each of the top investment companies on the second page (Town Point Investments Limited etc.) also has shares issued to each of the top holding companies described on this page (SEP Holdings Limited). These are discretionary dividend shares and do not have any votes or value.

(2) There is another holding company that is a shareholder of SYG Holdings Incorporated. These shares are fixed value preferred shares and contain no voting rights.

(3) Family Trusts/Holding companies in top two lines own 100% of SYG (6 shareholders with 16.67% each). SYG owns 100% of ECM and ECM owns 100% of both J.W. Lindsay Enterprises and 3165852 Nova Scotia Limited.

# 378838