Exhibit B

| Payee | Bank | Account No. | Check No. | Amount | Check Date | Clear Date | Notes |
|---|---|---|---|---|---|---|---|
| American Express | Bank of Canton | xxxx0695 | 9816 | $ 2,547.40 | 06/17/08 | 06/23/08 | 0-53007 |
| American Express | Bank of Canton | xxxx0695 | 9855 | $ 500.00 | | 07/07/08 | |
| American Express | Bank of Canton | xxxx0695 | 9922 | $ 2,912.41 | 07/11/08 | 07/15/08 | 0-53007 |
| American Express | Bank of Canton | xxxx0695 | 9981 | $ 673.65 | 07/21/08 | 07/24/08 | 0-53007 |
| American Express | Bank of Canton | xxxx0695 | 9983 | $ 766.77 | | 08/01/08 | |
| American Express | Bank of Canton | xxxx2601 | 1105 | $ 654.96 | 08/15/08 | 08/18/08 | 0-54005 |
| American Express | Bank of Canton | xxxx0695 | 10045 | $ 626.19 | | 08/26/08 | |
| American Express | Bank of Canton | xxxx2601 | 1237 | $ 2,742.70 | 09/19/08 | 09/23/08 | 0-54005 |
| American Express | Bank of Canton | xxxx0695 | 10097 | $ 624.95 | | 09/25/08 | |
| American Express | Bank of Canton | xxxx0695 | 10116 | $ 617.12 | | 11/03/08 | |
| American Express | Bank of Canton | xxxx0695 | 10127 | $ 615.57 | 11/26/08 | 12/01/08 | |
| American Express | Bank of Canton | xxxx2601 | 1504 | $ 2,118.31 | 12/19/08 | 12/29/08 | 0-54005 |
| American Express | Bank of Canton | xxxx0695 | 10144 | $ 598.28 | 01/03/09 | 01/08/09 | |
| American Express | Bank of Canton | xxxx2601 | 1595 | $ 2,812.41 | 01/22/09 | 01/27/09 | 0-54005 |
| American Express | Bank of Canton | xxxx0695 | 10149 | $ 14,134.00 | 01/26/09 | 01/29/09 | |
| American Express | Bank of Canton | xxxx0695 | 10163 | $ 53.27 | 02/20/09 | 02/23/09 | |
| American Express | Bank of Canton | xxxx2601 | Debit | $ 904.49 | 05/13/11 | 05/13/11 | 0-91001 |
| American Express | Bank of Canton | xxxx2601 | Debit | $ 1,185.20 | 06/14/11 | 06/14/11 | 0-91001 |
| American Express | Norfolk Community Federal Credit Union | 8007 | Withdrawal | $ 7,965.90 | 08/08/11 | 08/08/11 | 0-91001 |
| American Express | Norfolk Community Federal Credit Union | 8007 | Withdrawal | $ 3,673.64 | 08/15/11 | 08/15/11 | 0-91001 |
| American Express | Norfolk Community Federal Credit Union | 8007 | Withdrawal | $ 2,024.14 | 09/09/11 | 09/09/11 | 0-91001 |
| | | | TOTAL: | $ 48,751.36 | | | |