| Payee | Bank | Account No. | Check No. | Amount | Check Date | Cleared Date | Notes |
|---|---|---|---|---|---|---|---|
| Bank of America | Bank of Canton | xxxx0695 | 9899 | $ 200.00 | | 07/08/08 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx0695 | 9900 | $ 500.00 | | 07/08/08 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx0695 | 9901 | $ 978.09 | | 07/08/08 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx0695 | 9902 | $ 269.80 | | 07/08/08 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx0695 | 9903 | $ 200.00 | | 07/08/08 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx0695 | 9904 | $ 253.39 | | 07/08/08 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx0695 | 10020 | $ 200.00 | | 08/06/08 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx0695 | 10021 | $ 300.00 | | 08/06/08 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx0695 | 10022 | $ 416.33 | | 08/06/08 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx0695 | 10023 | $ 194.49 | | 08/06/08 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx0695 | 10024 | $ 318.55 | | 08/06/08 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx0695 | 10025 | $ 221.91 | | 08/06/08 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx0695 | 10072 | $ 772.15 | | 09/03/08 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx0695 | 10078 | $ 383.36 | | 09/08/08 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx0695 | 10079 | $ 394.10 | | 09/08/08 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx0695 | 10080 | $ 281.16 | | 09/08/08 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx0695 | 10081 | $ 273.09 | | 09/08/08 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx0695 | 10082 | $ 417.62 | | 09/08/08 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx0695 | 10095 | $ 1,285.23 | | 09/23/08 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx0695 | 10098 | $ 726.86 | | 09/29/08 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 1255 | $ 732.91 | 10/01/08 | 10/02/08 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx0695 | 10103 | $ 883.08 | 10/03/08 | 10/06/08 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx0695 | 10104 | $ 398.84 | 10/03/08 | 10/06/08 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx0695 | 10105 | $ 555.27 | 10/03/08 | 10/06/08 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx0695 | 10106 | $ 346.00 | 10/03/08 | 10/06/08 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx0695 | 10107 | $ 394.00 | 10/03/08 | 10/06/08 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 1261 | $ 986.76 | 10/03/08 | 10/06/08 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 1300 | $ 2,500.00 | 10/15/08 | 10/16/08 | 4036 4790 9008 6213 |
| Bank of America | Bank of Canton | xxxx0695 | 10121 | $ 300.43 | | 11/10/08 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx0695 | 10122 | $ 689.67 | | 11/10/08 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx0695 | 10123 | $ 385.77 | | 11/10/08 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx0695 | 10124 | $ 400.00 | | 11/10/08 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 1388 | $ 562.69 | 11/18/08 | 11/20/08 | |
| Bank of America | Bank of Canton | xxxx0695 | 10129 | $ 381.14 | 12/05/08 | 12/08/08 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx0695 | 10130 | $ 300.00 | 12/05/08 | 12/08/08 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx0695 | 10131 | $ 439.59 | 12/05/08 | 12/08/08 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx0695 | 10132 | $ 569.69 | 12/05/08 | 12/08/08 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 1434 | $ 500.00 | 12/05/08 | 12/08/08 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 1435 | $ 641.75 | 12/05/08 | 12/08/08 | 4036 4799 9008 6213 |

| Bank | Payee | Account | Check # | | Amount | Date | Cleared | Reference |
|---|---|---|---|---|---|---|---|---|
| Bank of America | Bank of Canton | xxxx2601 | 1517 | $ | 691.12 | 12/23/08 | 12/24/08 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 1550 | $ | 250.00 | 01/06/09 | 01/07/09 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 1552 | $ | 107.19 | 01/06/09 | 01/07/09 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 1549 | $ | 104.33 | 01/06/09 | 01/07/09 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 1551 | $ | 300.00 | 01/06/09 | 01/07/09 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx2601 | 1553 | $ | 200.00 | 01/06/09 | 01/07/09 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx0695 | 10150 | $ | 652.49 | 01/26/09 | 02/02/09 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 1645 | $ | 223.49 | 01/31/09 | 02/02/09 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 1648 | $ | 350.00 | 02/02/09 | 02/03/09 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 1650 | $ | 100.00 | 02/02/09 | 02/03/09 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 1649 | $ | 147.20 | 02/02/09 | 02/03/09 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx2601 | 1651 | $ | 150.00 | 02/02/09 | 02/03/09 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx0695 | 10165 | $ | 913.48 | 03/06/09 | 03/09/09 | Corporate Accounts - LLC |
| Bank of America | Bank of Canton | xxxx2601 | 1906 | $ | 250.00 | 04/03/09 | 04/06/09 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 1907 | $ | 315.08 | 04/03/09 | 04/06/09 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 1909 | $ | 349.76 | 04/03/09 | 04/06/09 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx2601 | 1913 | $ | 383.86 | 04/03/09 | 04/06/09 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 1912 | $ | 225.80 | 04/03/09 | 04/06/09 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 1908 | $ | 300.00 | 04/03/09 | 04/06/09 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 1948 | $ | 910.65 | 04/15/09 | 04/16/09 | 4313 0700 4772 0989 |
| Bank of America | Bank of Canton | xxxx2601 | 1998 | $ | 315.17 | 04/24/09 | 04/27/09 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 2018 | $ | 350.00 | 05/05/09 | 05/06/09 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 2020 | $ | 150.00 | 05/05/09 | 05/06/09 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 2022 | $ | 200.00 | 05/05/09 | 05/06/09 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 2023 | $ | 239.77 | 05/05/09 | 05/06/09 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 2021 | $ | 250.00 | 05/05/09 | 05/06/09 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 2019 | $ | 250.00 | 05/05/09 | 05/06/09 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx2601 | 2561 | $ | 363.92 | 06/02/09 | 06/03/09 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 2562 | $ | 316.12 | 06/02/09 | 06/03/09 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 2599 | $ | 300.00 | 06/05/09 | 06/08/09 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 2601 | $ | 200.00 | 06/05/09 | 06/08/09 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx2601 | 2602 | $ | 250.00 | 06/05/09 | 06/08/09 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 2600 | $ | 400.00 | 06/05/09 | 06/08/09 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 2709 | $ | 249.00 | 07/06/09 | 07/07/09 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 2711 | $ | 200.51 | 07/06/09 | 07/07/09 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx2601 | 2713 | $ | 289.56 | 07/06/09 | 07/07/09 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 2714 | $ | 350.00 | 07/06/09 | 07/07/09 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 2712 | $ | 200.00 | 07/06/09 | 07/07/09 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 2710 | $ | 400.00 | 07/06/09 | 07/07/09 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 2784 | $ | 434.89 | 07/27/09 | 07/29/09 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 2834 | $ | 195.52 | 08/03/09 | 08/04/09 | 4036 4750 0108 1607 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bank of America | Bank of Canton | xxxx2601 | 2836 | $ | 428.16 | 08/03/09 | 08/04/09 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 2837 | $ | 144.79 | 08/03/09 | 08/04/09 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 2835 | $ | 234.09 | 08/03/09 | 08/04/09 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx2601 | 2839 | $ | 233.32 | 08/03/09 | 08/04/09 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 2904 | $ | 6,655.09 | 08/26/09 | 08/27/09 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 2905 | $ | 1,826.46 | 08/26/09 | 08/27/09 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 2906 | $ | 1,506.00 | 08/26/09 | 08/27/09 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 3016 | $ | 500.00 | 09/03/09 | 09/08/09 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx2601 | 3017 | $ | 500.00 | 09/03/09 | 09/08/09 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 3015 | $ | 700.00 | 09/03/09 | 09/08/09 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 3073 | $ | 1,714.51 | 09/21/09 | 09/22/09 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 3154 | $ | 1,553.65 | 10/02/09 | 10/06/09 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 3156 | $ | 834.47 | 10/02/09 | 10/06/09 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 3157 | $ | 1,172.29 | 10/02/09 | 10/06/09 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 3155 | $ | 851.39 | 10/02/09 | 10/06/09 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx2601 | 3153 | $ | 698.67 | 10/02/09 | 10/06/09 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 3152 | $ | 597.15 | 10/02/09 | 10/07/09 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 3180 | $ | 828.13 | 10/09/09 | 10/13/09 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 3243 | $ | 1,234.47 | 10/20/09 | 10/26/09 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 3278 | $ | 1,191.51 | 10/26/09 | 10/27/09 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 3279 | $ | 402.34 | 10/26/09 | 10/28/09 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 3309 | $ | 700.00 | 11/03/09 | 11/04/09 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 3308 | $ | 477.00 | 11/03/09 | 11/05/09 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx2601 | 3310 | $ | 25.61 | 11/03/09 | 11/05/09 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 3449 | $ | 201.91 | 12/04/09 | 12/07/09 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 3451 | $ | 199.89 | 12/04/09 | 12/07/09 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx2601 | 3453 | $ | 755.63 | 12/04/09 | 12/07/09 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 3450 | $ | 314.99 | 12/04/09 | 12/07/09 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 3452 | $ | 401.67 | 12/04/09 | 12/07/09 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 3454 | $ | 1,000.00 | 12/04/09 | 12/07/09 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 3569 | $ | 778.63 | 01/04/10 | 01/05/10 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 3568 | $ | 700.00 | 01/04/10 | 01/05/10 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 3570 | $ | 115.65 | 01/04/10 | 01/06/10 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 3578 | $ | 2,103.70 | 01/05/10 | 01/06/10 | 4036 4799 9008 6213 |
| Bank of America | Bank of Canton | xxxx2601 | 3577 | $ | 2.77 | 01/05/10 | 01/07/10 | 4036 4750 0002 7726 |
| Bank of America | Bank of Canton | xxxx2601 | 3576 | $ | 255.00 | 01/05/10 | 01/07/10 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 3639 | $ | 462.80 | 01/15/10 | 01/20/10 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 3667 | $ | 635.61 | 01/22/10 | 01/26/10 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 3668 | $ | 373.79 | 01/22/10 | 01/26/10 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 3741 | $ | 864.00 | 02/04/10 | 02/05/10 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 3740 | $ | 1,013.65 | 02/04/10 | 02/05/10 | 4036 4799 9008 6213 |

| Bank | Payee | Account | Check/Type | Amount | Date | Posted | Reference |
|---|---|---|---|---|---|---|---|
| Bank of America | Bank of Canton | xxxx2601 | 3864 | $ 545.00 | 03/06/10 | 03/08/10 | 4036 4780 0109 5668 |
| Bank of America | Bank of Canton | xxxx2601 | 3863 | $ 407.00 | 03/06/10 | 03/08/10 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 3867 | $ 433.00 | 03/06/10 | 03/08/10 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 3865 | $ 200.00 | 03/06/10 | 03/09/10 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 3866 | $ 332.00 | 03/06/10 | 03/09/10 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 3868 | $ 328.90 | 03/06/10 | 03/09/10 | 4036 4799 9009 2799 |
| Bank of America | Bank of Canton | xxxx2601 | Debit | $ 750.00 | 05/05/10 | 05/06/10 | 4036 4799 9009 2799 |
| Bank of America | Bank of Canton | xxxx2601 | Debit | $ 247.40 | 05/05/10 | 05/07/10 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | Debit | $ 250.00 | 05/05/10 | 05/07/10 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | Debit | $ 600.64 | 05/05/10 | 05/07/10 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | Debit | $ 300.00 | 05/05/10 | 05/07/10 | 4036 4780 0109 5668 |
| Bank of America | Bank of Canton | xxxx2601 | Debit | $ 400.00 | 05/05/10 | 05/07/10 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | Debit | $ 604.41 | 06/07/10 | 06/08/10 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | Debit | $ 844.47 | 06/07/10 | 06/08/10 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | Debit | $ 543.13 | 06/07/10 | 06/08/10 | 4036 4780 0109 5668 |
| Bank of America | Bank of Canton | xxxx2601 | Debit | $ 800.00 | 06/07/10 | 06/08/10 | 4036 4799 9009 2799 |
| Bank of America | Bank of Canton | xxxx2601 | Debit | $ 200.00 | 06/07/10 | 06/09/10 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | Debit | $ 300.65 | 06/07/10 | 06/09/10 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 4451 | $ 300.00 | 07/06/10 | 07/09/10 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 4453 | $ 490.20 | 07/06/10 | 07/09/10 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 4455 | $ 750.00 | 07/06/10 | 07/09/10 | 4036 4799 9009 2799 |
| Bank of America | Bank of Canton | xxxx2601 | 4450 | $ 267.74 | 07/06/10 | 07/09/10 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 4452 | $ 250.00 | 07/06/10 | 07/09/10 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 4454 | $ 239.60 | 07/06/10 | 07/09/10 | 4036 4780 0109 5668 |
| Bank of America | Bank of Canton | xxxx2601 | 4609 | $ 1,000.00 | 08/05/10 | 08/06/10 | 4036 4799 9009 2799 |
| Bank of America | Bank of Canton | xxxx2601 | 4608 | $ 980.26 | 08/05/10 | 08/06/10 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 4605 | $ 100.00 | 08/05/10 | 08/09/10 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 4606 | $ 325.08 | 08/05/10 | 08/09/10 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 4604 | $ 177.21 | 08/05/10 | 08/09/10 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 4607 | $ 537.71 | 08/05/10 | 08/09/10 | 4036 4780 0109 5668 |
| Bank of America | Bank of Canton | xxxx2601 | 4744 | $ 249.47 | 09/07/10 | 09/09/10 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 4746 | $ 367.72 | 09/07/10 | 09/09/10 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 4748 | $ 105.89 | 09/07/10 | 09/09/10 | 4036 4780 0109 5668 |
| Bank of America | Bank of Canton | xxxx2601 | 4745 | $ 206.23 | 09/07/10 | 09/09/10 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 4747 | $ 400.00 | 09/07/10 | 09/09/10 | 4036 4799 9009 2799 |
| Bank of America | Bank of Canton | xxxx2601 | 4749 | $ 341.89 | 09/07/10 | 09/09/10 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 4909 | $ 422.79 | 10/07/10 | 10/08/10 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 4910 | $ 980.56 | 10/07/10 | 10/08/10 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 4912 | $ 600.00 | 10/07/10 | 10/08/10 | 4036 4799 9009 2799 |
| Bank of America | Bank of Canton | xxxx2601 | 4914 | $ 315.70 | 10/07/10 | 10/08/10 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 4911 | $ 446.65 | 10/07/10 | 10/08/10 | 4036 4750 0002 9888 |

| Bank of America | Bank of Canton | xxxx2601 | 4913 | $ | 626.88 | 10/07/10 | 10/08/10 | 4036 4780 0109 5668 |
| Bank of America | Bank of Canton | xxxx2601 | 5109 | $ | 300.53 | 11/05/10 | 11/08/10 | 4036 4780 0109 5668 |
| Bank of America | Bank of Canton | xxxx2601 | 5111 | $ | 618.72 | 11/05/10 | 11/08/10 | 4036 4799 9009 2799 |
| Bank of America | Bank of Canton | xxxx2601 | 5108 | $ | 253.07 | 11/05/10 | 11/08/10 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 5110 | $ | 276.18 | 11/05/10 | 11/08/10 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 5112 | $ | 332.48 | 11/05/10 | 11/08/10 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 5113 | $ | 1,107.24 | 11/05/10 | 11/08/10 | 4036 4750 0108 1615 |
| Bank of America | Bank of Canton | xxxx2601 | 5224 | $ | 828.63 | 12/07/10 | 12/08/10 | 4036 4789 2367 8211 |
| Bank of America | Bank of Canton | xxxx2601 | 5225 | $ | 1,000.00 | 12/07/10 | 12/08/10 | 4036 4799 9009 2799 |
| Bank of America | Bank of Canton | xxxx2601 | 5222 | $ | 254.77 | 12/07/10 | 12/09/10 | 4036 4750 0002 7734 |
| Bank of America | Bank of Canton | xxxx2601 | 5221 | $ | 326.39 | 12/07/10 | 12/09/10 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 5223 | $ | 290.50 | 12/07/10 | 12/09/10 | 4036 4750 0002 9888 |
| Bank of America | Bank of Canton | xxxx2601 | 5226 | $ | 600.00 | 12/07/10 | 12/09/10 | 4036 4780 0109 5668 |
| Bank of America | Bank of Canton | xxxx2601 | 5511 | $ | 393.49 | 03/10/11 | 03/11/11 | 4036 4750 0108 1607 |
| Bank of America | Bank of Canton | xxxx2601 | 5512 | $ | 700.00 | 03/10/11 | 03/11/11 | 4036 4799 9009 2799 |
| Bank of America | Bank of Canton | xxxx2601 | 5513 | $ | 303.30 | 03/10/11 | 03/11/11 | 4036 4780 0109 5668 |
| | | | **TOTAL:** | $ | **94,724.90** | | | |