| Payee | Bank | Account No. | Check No. | Amount | Check Date | Cleared Date | Notes |
|---|---|---|---|---|---|---|---|
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 3050 | $ 968.32 | 09/15/09 | 09/21/09 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 3133 | $ 4,400.00 | 09/29/09 | 10/01/09 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 3170 | $ 2,594.73 | 10/08/09 | 10/13/09 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 3366 | $ 207.07 | 11/16/09 | 11/18/09 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 3495 | $ 999.74 | 12/17/09 | 12/21/09 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 3642 | $ 808.98 | 01/19/10 | 01/21/10 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 3796 | $ 540.49 | 02/18/10 | 02/22/10 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 3951 | $ 2,141.19 | 03/19/10 | 03/22/10 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | Debit | $ 556.59 | 04/19/10 | 04/19/10 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 4177 | $ 1,057.73 | 05/19/10 | 05/21/10 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 4337 | $ 1,623.64 | 06/17/10 | 06/21/10 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | Debit | $ 3,440.62 | 07/09/10 | 07/09/10 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 4668 | $ 3,079.47 | 08/18/10 | 08/23/10 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 4807 | $ 788.73 | 09/17/10 | 09/21/10 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 5206 | $ 4,096.18 | 12/03/10 | 12/06/10 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 5402 | $ 3,816.80 | 01/19/11 | 01/21/11 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Norfolk Community Federal Credit Union | 8007 | Withdrawal | $ 2,457.07 | 02/22/11 | 02/22/11 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Norfolk Community Federal Credit Union | 8007 | Withdrawal | $ 186.00 | 03/29/11 | 03/29/11 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Norfolk Community Federal Credit Union | 8007 | Withdrawal | $ 500.00 | 05/19/11 | 05/19/11 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Norfolk Community Federal Credit Union | 8007 | Withdrawal | $ 1,000.00 | 06/20/11 | 06/20/11 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Norfolk Community Federal Credit Union | 8007 | Withdrawal | $ 2,000.00 | 07/19/11 | 07/19/11 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Bank of Canton | xxxx2601 | 5840 | $ 2,019.69 | 08/01/11 | 08/03/11 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Norfolk Community Federal Credit Union | 8007 | Withdrawal | $ 2,543.88 | 08/19/11 | 08/19/11 | Payment on CC # 5492 1700 0980 |
| Norfolk Community FCU | Norfolk Community Federal Credit Union | 8007 | Withdrawal | $ 1,109.62 | 09/08/11 | 09/08/11 | Payment on CC # 5492 1700 0980 |

**TOTAL:** $ 42,936.54