| TRANSFEREE | BANK | ACCOUNT | CHECK NO | AMOUNT | CHECK DATE | CLEARED DATE | INVOICE NO. | INVOICE AMOUNT | INVOICE DATE |
|---|---|---|---|---|---|---|---|---|---|
| J.W. Lindsay Enterprises, Ltd. | TD Banknorth | xxxx3149 | 1023 | $ 23,448.20 | 6/30/2009 | 7/20/2009 | | | |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 3191 | $ 12,916.48 | 10/13/2009 | 10/19/2009 | 2-Jul-09 | $ 2,384.40 | 8/31/2009 |
| J.W. Lindsay Enterprises, Ltd. | | | | | 10/13/2009 | 10/19/2009 | 3-Jul-09 | $ 2,346.23 | 8/31/2009 |
| J.W. Lindsay Enterprises, Ltd. | | | | | 10/13/2009 | 10/19/2009 | 1-Jul-09 | $ 8,185.85 | 8/31/2009 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 3192 | $ 12,916.48 | 10/13/2009 | 10/19/2009 | 3-Aug-09 | $ 2,384.40 | 8/31/2009 |
| J.W. Lindsay Enterprises, Ltd. | | | | | 10/13/2009 | 10/19/2009 | 2-Aug-09 | $ 2,346.23 | 8/31/2009 |
| J.W. Lindsay Enterprises, Ltd. | | | | | 10/13/2009 | 10/19/2009 | 1-Aug-09 | $ 8,185.85 | 8/31/2009 |
| J.W. Lindsay Enterprises, Ltd. | TD Banknorth | xxxx3149 | 1037 | $ 2,650.00 | 2/1/2010 | 2/2/2010 | | | |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 3675 | $ 2,270.56 | 1/25/2010 | 2/2/2010 | 3-Sep-09 | $ 2,370.71 | 9/30/2009 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 3676 | $ 8,138.84 | 1/25/2010 | 2/2/2010 | 1-Sep-09 | $ 8,138.84 | 9/30/2009 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 3677 | $ 2,370.71 | 1/25/2010 | 2/2/2010 | 3-Sep-09 | $ 1,746.58 | 9/30/2009 |
| J.W. Lindsay Enterprises, Ltd. | | | | | 1/25/2010 | 2/2/2010 | 4-Sep-09 | $ 174.66 | 9/30/2009 |
| J.W. Lindsay Enterprises, Ltd. | | | | | 1/25/2010 | 2/2/2010 | 5-Sep-09 | $ 349.32 | 9/30/2009 |
| J.W. Lindsay Enterprises, Ltd. | TD Banknorth | xxxx3149 | 1038 | $ 210.00 | 2/12/2010 | 2/16/2010 | | | |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 3823 | $ 2,346.23 | 3/1/2010 | 3/23/2010 | | | |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 3824 | $ 8,137.27 | 3/1/2010 | 3/23/2010 | 1-Oct-09 | $ 8,137.27 | 10/31/2009 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 3825 | $ 2,370.25 | 3/1/2010 | 3/23/2010 | 3-Oct-09 | $ 2,370.25 | 10/31/2009 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 4904 | $ 10,000.00 | 10/8/2010 | 10/13/2010 | May-10 | $ 10,000.00 | 5/31/2010 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 4905 | $ 10,000.00 | 10/8/2010 | 10/13/2010 | Jun-10 | $ 10,000.00 | 06/30/2010 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 4906 | $ 10,000.00 | 10/8/2010 | 10/13/2010 | Jul-10 | $ 10,000.00 | 7/31/2010 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 4907 | $ 10,000.00 | 10/8/2010 | 10/13/2010 | Aug-10 | $ 10,000.00 | 8/31/2010 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 5059 | $ 10,000.00 | 10/15/2010 | 12/10/2010 | Sep-10 | $ 10,000.00 | 9/30/2010 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 5060 | $ 10,000.00 | 10/29/2010 | 12/10/2010 | Oct-10 | $ 10,000.00 | 10/31/2010 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 5061 | $ 10,000.00 | 11/30/2010 | 12/10/2010 | Nov-10 | $ 10,000.00 | 11/30/2010 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 5130 | $ 1,937.77 | 11/8/2010 | 12/10/2010 | J013875 | $ 1,937.77 | 10/27/2010 |
| J.W. Lindsay Enterprises, Ltd. | Bank of Canton | xxxx2601 | 5062 | $ 10,000.00 | 12/31/2010 | 1/26/2011 | Dec-10 | $ 10,000.00 | 12/31/2010 |

**J.W. LINDSAY ENTERPRISES, LTD. TOTAL:** $ 159,712.79