Exhibit F

| Payee | Bank | Account No. | Check No. | Amount | Check Date | Cleared Date |
|---|---|---|---|---|---|---|
| Devin Hartnell | Bank of Canton | xxxx2601 | 3041 | $ 851.86 | 09/14/09 | 09/30/09 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 3042 | $ 1,501.59 | 09/14/09 | 10/08/09 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 3418 | $ 1,043.80 | 11/23/09 | 12/09/09 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 3757 | $ 1,574.31 | 02/10/10 | 02/16/10 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 3858 | $ 2,515.00 | 03/05/10 | 03/08/10 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 3790 | $ 2,500.00 | 02/18/10 | 03/10/10 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 3899 | $ 2,500.00 | 03/10/10 | 03/17/10 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 3935 | $ 2,500.00 | 03/17/10 | 03/25/10 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 3987 | $ 2,000.00 | 03/25/10 | 04/26/10 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 4045 | $ 1,009.76 | 04/19/10 | 05/03/10 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 4380 | $ 1,043.73 | 06/24/10 | 07/01/10 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 4387 | $ 452.00 | 06/25/10 | 07/01/10 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 4891 | $ 1,654.62 | 10/02/10 | 10/20/10 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 5339 | $ 1,779.21 | 12/24/10 | 01/26/11 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 5452 | $ 2,250.00 | 02/03/11 | 02/04/11 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 135594 | $ 200.00 | 04/01/11 | 04/18/11 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 5692 | $ 2,000.00 | 05/13/11 | 05/13/11 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 5724 | $ 2,989.87 | 06/01/11 | 06/03/11 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 5725 | $ 1,760.36 | 06/01/11 | 06/03/11 |
| Devin Hartnell | Bank of Canton | xxxx2601 | 5817 | $ 1,806.75 | 07/27/11 | 08/01/11 |
| Devin Hartnell | Bristol County Savings Bank | xxxx6728 | 1000 | $ 1,267.62 | 09/09/11 | 09/14/11 |
| | | | TOTAL: | $ 35,200.48 | | |