| Payee | Bank | Account No. | Check No. | Amount | Check Date | Cleared Date |
|---|---|---|---|---|---|---|
| Patrick Lampasona | Bank of Canton | xxxx2601 | 1736 | $ 200.00 | 02/20/09 | 02/23/09 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 1857 | $ 1,014.14 | 03/27/09 | 03/30/09 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 2509 | $ 400.00 | 05/18/09 | 05/20/09 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 2556 | $ 300.00 | 06/01/09 | 06/04/09 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 2696 | $ 500.00 | 07/01/09 | 07/06/09 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 2978 | $ 486.32 | 08/31/09 | 09/03/09 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 3008 | $ 546.03 | 09/03/09 | 09/16/09 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 3196 | $ 2,000.00 | 10/14/09 | 10/19/09 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 3419 | $ 744.82 | 11/23/09 | 12/01/09 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 3767 | $ 240.00 | 02/12/10 | 02/16/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 3792 | $ 1,750.00 | 02/15/10 | 02/17/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 3857 | $ 2,500.00 | 03/05/10 | 03/08/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 3874 | $ 400.00 | 03/08/10 | 03/11/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 3898 | $ 2,500.00 | 03/10/10 | 03/11/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 3934 | $ 2,500.00 | 03/17/10 | 03/18/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 3986 | $ 2,000.00 | 03/25/10 | 03/30/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 4216 | $ 2,225.00 | 05/28/10 | 06/01/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 4429 | $ 3,000.00 | 06/30/10 | 07/01/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 4474 | $ 1,075.00 | 07/09/10 | 07/12/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 4613 | $ 700.00 | 08/05/10 | 08/06/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 4643 | $ 500.00 | 08/13/10 | 08/16/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 4887 | $ 820.00 | 10/01/10 | 10/04/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 5305 | $ 500.00 | 12/17/10 | 12/20/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 5326 | $ 1,500.00 | 12/23/10 | 12/30/10 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 5397 | $ 1,000.00 | 01/18/11 | 01/20/11 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 5410 | $ 1,600.00 | 01/20/11 | 01/25/11 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 5560 | $ 800.00 | 03/31/11 | 04/04/11 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 5579 | $ 1,000.00 | 04/01/11 | 04/18/11 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 5638 | $ 2,500.00 | 04/28/11 | 04/29/11 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 5655 | $ 2,159.61 | 04/22/11 | 05/03/11 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 5665 | $ 2,000.00 | 04/28/11 | 05/03/11 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 5671 | $ 1,600.00 | 05/08/11 | 05/09/11 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 5764 | $ 2,209.91 | 06/21/11 | 06/22/11 |
| Patrick Lampasona | Sovereign Bank | xxxxxxx0279 | 2012 | $ 906.03 | 07/12/11 | 07/12/11 |
| Patrick Lampasona | Bank of Canton | xxxx2601 | 5837 | $ 500.00 | 07/29/11 | 08/01/11 |

**TOTAL:** $ 44,676.86