| Payee | Bank | Account # | Check # | Amount | Check Date | Cleared Date |
|---|---|---|---|---|---|---|
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 1872 | $ 508.67 | 3/27/2009 | 3/30/2009 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 2009 | $ 2,709.82 | 5/8/2009 | 6/3/2009 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 2939 | $ 1,030.49 | 08/28/2009 | 9/1/2009 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 3130 | $ 541.44 | 9/28/2009 | 10/2/2009 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 3258 | $ 541.45 | 10/22/2009 | 10/27/2009 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 3417 | $ 523.97 | 11/23/2009 | 11/25/2009 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 3502 | $ 541.44 | 12/18/2009 | 12/21/2009 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 3662 | $ 541.44 | 1/23/2010 | 1/26/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 3742 | $ 2,000.00 | 2/4/2010 | 2/5/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 3806 | $ 506.51 | 2/22/2010 | 2/24/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 3953 | $ 1,000.00 | 3/19/2010 | 3/22/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 3944 | $ 489.04 | 3/20/2010 | 3/23/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 4047 | $ 576.37 | 4/19/2010 | 4/23/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 4230 | $ 523.97 | 6/2/2010 | 6/7/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 4381 | $ 500.00 | 6/24/2010 | 6/28/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 4528 | $ 500.00 | 7/22/2010 | 7/26/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 4708 | $ 500.00 | 8/30/2010 | 9/21/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 4895 | $ 500.00 | 9/27/2010 | 10/4/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 5029 | $ 500.00 | 10/28/2010 | 11/1/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 5194 | $ 500.00 | 11/30/2010 | 12/6/2010 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 5308 | $ 500.00 | 12/20/2010 | 1/24/2011 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 5435 | $ 500.00 | 1/25/2011 | 1/31/2011 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 5625 | $ 500.00 | 4/15/2011 | 5/17/2011 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 135720 | $ 100.00 | 4/15/2011 | 6/3/2011 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 5624 | $ 500.00 | 4/1/2011 | 7/11/2011 |
| Mary F. Lampasona | Bank of Canton | xxxx0695 | 10215 | $ 200.00 | 6/11/2011 | 6/17/2011 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 5818 | $ 1,000.00 | 7/27/2011 | 8/1/2011 |
| Mary F. Lampasona | Bank of Canton | xxxx2601 | 5819 | $ 1,000.00 | 7/27/2011 | 9/8/2011 |
| Mary F. Lampasona | Bristol County Savings Bank | xxxx6728 | 1001 | $ 1,000.00 | 9/9/2011 | 9/21/2011 |

**TOTAL:   $ 20,334.61**