| Payee | Bank | Account No. | Check No. | Amount | Check Date | Cleared Date |
|---|---|---|---|---|---|---|
| Anthony Lampasona | Bank of Canton | xxxx0695 | 10108 | $ 300.00 | 10/03/08 | 10/08/08 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 1265 | $ 250.00 | 10/05/08 | 10/08/08 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 1417 | $ 200.00 | 12/01/08 | 12/02/08 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 1499 | $ 100.00 | 12/15/08 | 12/16/08 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 3296 | $ 1,300.00 | 10/30/09 | 11/02/09 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 3380 | $ 5,500.00 | 11/10/09 | 11/19/09 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 3720 | $ 1,000.00 | 01/29/10 | 02/01/10 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 3791 | $ 1,900.00 | 02/16/10 | 02/18/10 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 3954 | $ 1,000.00 | 03/19/10 | 03/22/10 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 4215 | $ 2,225.00 | 05/28/10 | 06/01/10 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 4433 | $ 368.00 | 07/01/10 | 07/06/10 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 4690 | $ 870.00 | 08/19/10 | 08/20/10 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 4706 | $ 550.00 | 08/27/10 | 08/30/10 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 134119 | $ 480.00 | 11/19/10 | 11/23/10 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 134377 | $ 50.00 | 11/27/10 | 12/06/10 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 134505 | $ 50.00 | 12/10/10 | 12/13/10 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 134821 | $ 40.00 | 12/31/10 | 01/03/11 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 5749 | $ 550.00 | 06/10/11 | 06/13/11 |
| Anthony Lampasona Jr | Bank of Canton | xxxx2601 | 5754 | $ 1,890.64 | 06/16/11 | 06/22/11 |
| | | | **TOTAL:** | **$ 18,623.64** | | |