| Payee | Bank | Account No. | Check No. | Amount | Check Date | Cleared Date |
|---|---|---|---|---|---|---|
| Margaret Lampasona | Bank of Canton | xxxx0695 | 9897 | $ 529.25 | 07/03/08 | 07/08/08 |
| Margaret Lampasona | Bank of Canton | xxxx0695 | 10063 | $ 85.76 | 08/28/08 | 09/03/08 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 1401 | $ 200.00 | 11/24/08 | 11/28/08 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 2595 | $ 2,355.03 | 06/04/09 | 06/05/09 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 2776 | $ 220.03 | 07/24/09 | 07/27/09 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 2936 | $ 3,478.23 | 08/28/09 | 08/31/09 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 3049 | $ 1,683.10 | 09/18/09 | 09/28/09 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 3159 | $ 325.40 | 10/02/09 | 10/05/09 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 3240 | $ 3,107.52 | 10/23/09 | 10/26/09 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 3241 | $ 200.00 | 10/23/09 | 10/26/09 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 3348 | $ 6,549.19 | 11/13/09 | 11/16/09 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 3501 | $ 5,000.00 | 12/18/09 | 12/21/09 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 3634 | $ 2,751.16 | 01/15/10 | 01/19/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 3879 | $ 3,764.73 | 03/10/10 | 03/15/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 3942 | $ 977.32 | 03/18/10 | 03/22/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 4038 | $ 1,500.00 | 04/16/10 | 04/19/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 4173 | $ 2,514.19 | 05/18/10 | 05/21/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 4373 | $ 2,000.00 | 06/23/10 | 06/25/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 4508 | $ 2,437.20 | 07/20/10 | 07/27/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 4683 | $ 1,766.32 | 08/18/10 | 08/20/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 4795 | $ 2,085.50 | 09/17/10 | 09/21/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 4969 | $ 2,776.89 | 10/14/10 | 10/18/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 5171 | $ 1,932.33 | 11/19/10 | 12/01/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 5172 | $ 3,485.83 | 11/19/10 | 12/01/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 5236 | $ 1,932.33 | 12/15/10 | 12/17/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 5296 | $ 3,000.00 | 12/17/10 | 12/20/10 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 5387 | $ 1,932.33 | 01/17/11 | 01/24/11 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 5405 | $ 4,924.49 | 01/20/11 | 01/24/11 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 5517 | $ 400.00 | 03/10/11 | 04/11/11 |
| Margaret Lampasona | Norfolk Community Federal Credit Union | 8007 | Withdrawal | $ 824.26 | 07/07/11 | 07/07/11 |
| Margaret Lampasona | Bank of Canton | xxxx2601 | 5758 | $ 500.00 | 06/17/11 | 06/22/11 |
| | | | **TOTAL:** | **$ 65,238.39** | | |